### THE PEOPLE, *ex rel.* GREEN, *against* THE JUDGES OF THE C. P. OF ONEIDA COUNTY.

Mandamus to a court of C. P. commanding them to vacate a rule is a new suit; and on the defendants' succeeding, they shall have a retaining fee taxed against the relator.

AN alternative mandamus issued to the defendants, commanding them to set aside a rule made by the Oneida Common Pleas. On their return, a peremptory mandamus was denied ; and on taxing costs, the commissioner allowed a retaining fee against the relator.

A motion was now made to retax the bill, on the ground that this and other items in the bill were improper.

*R. N Morrison,* for the motion.

*T. E. Clark,* contra.

*Curia.* The retaining fee was properly taxed. This is in no sense a mere continuation of the cause below, but a new suit.

Motion denied.